UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**
JS-6

| Case No. | CV 23-04180-SPG-JPR | Date | December 7, 2023 |
|---|---|---|---|
| Title | Xiaoyan Hu v. Alejandro N. Mayorkas et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT  UNITED STATES DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:**    **(IN CHAMBERS)**

    Pursuant to the order filed at docket no. [15] this matter is deemed administratively closed. Plaintiff shall file a notice of dismissal or a request and proposed order to reopen the case if deemed necessary after the stay period has expired.

    **IT IS SO ORDERED.**

: 

| Initials of Preparer | pg |
|---|---|